

FILED

04/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0121

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0121

JENNIFER PATCHEN (WILLIS) &
JARAMY WILLIS,

    Plaintiffs and Appellants,

v.

BUFFORD KITTRELL, DEBBIE KITTRELL;
MISSOULA COUNTY; MISSOULA COUNTY
SHERIFF'S DEPARTMENT; DEPUTY RYAN
DUNSTER; DEPUTY BOB PARCELL; TYLER
ROBINSON, individually & in official capacities,

    Defendants and Appellees.

FILED

APR 19 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellees Missoula County, Missoula County Sheriff's Department, Deputy Robert Parcell, and Officer Tyler Robinson (collectively "County Defendants") move to dismiss this appeal, pursuant to Rules 4(4)(b) and 6(6), M. R. App. P., as premature. Plaintiffs oppose the motion but have not filed a response. Counsel for the remaining parties do not oppose this appeal being dismissed without prejudice.

The order from which Plaintiffs appeal was an order granting summary judgment to County Defendants. However, the trial court denied summary judgment as to Bufford Kittrell and Debbie Kittrell (collectively "Kittrell Defendants"). Litigation in the trial court is pending and on-going. The trial court has not certified the order from which Plaintiffs appeal as final in accordance with M. R. Civ. P. 56(b). Summary judgment orders that do not resolve all claims between all parties are interlocutory and generally not subject to appeal. Rule 6(5)(a), M. R. App. P. Lacking proper certification, Plaintiffs' appeal is premature. Pursuant to Rules 6(6) and 4(4)(b), Plaintiffs' appeal is subject to dismissal without prejudice.

Therefore,

IT IS ORDERED that County Defendants' Motion to Dismiss Appeal is GRANTED and this appeal is DISMISSED without prejudice.

The Clerk of the Supreme Court is directed to close this case as of today's Order and to return the record.

The Clerk is directed to provide a copy of this Order to counsel of record and to the Honorable John W. Larson.

DATED this _8th_ day of April, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2